quent lienor. No opinion. Order affirmed, with $10 costs and disbursements.

CONLEY, Respondent, v. CARNEY et al., Assessors, Appellants. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Jefferson B. Conley against Frank Carney and others, individually and as assessors of the town of Hague, county of Warren, state of New York. PER CURIAM. Order affirmed, with $10 costs and disbursements. HIRSCHBERG, P. J., not voting.

CONNELL, Respondent, v. CONNELL, Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Mary E. Connell against William F. Connell. No opinion. Order affirmed, with $10 costs and disbursements.

In re CONOVER ST. BETWEEN WOLCOTT & SULLIVAN STS., IN BOROUGH OF BROOKLYN. (Supreme Court, Appellate Division, Second Department. December 5, 1907.) In the matter of acquiring title to Conover street, between Wolcott and Sullivan streets, in the borough of Brooklyn, duly selected as a site for school purposes according to law. No opinion. Matter referred to James P. Kohler, Esq., for report with his opinion.

COOPER, Appellant, v. JOSEPH et al., Respondents. (Supreme Court, Appellate Division, First Department. December 6, 1907.) Action by Hene Cooper against Samuel Joseph and others. J. A. Seidman, for appellant. A. A. Feinberg, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

CORNWAL v. BELL TELEPHONE CO. (Supreme Court, Appellate Division, Fourth Department. November 27, 1907.) Action by Clara C. Cornwal, as administratrix, etc., against the Bell Telephone Company. No opinion. Plaintiff's exceptions overruled. Motion for new trial denied, with costs, and judgment ordered for defendants on the nonsuit.

COTTLER et al., Appellants, v. WIENER, Respondent. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Louis Cottler and another against Morris Wiener. No opinion. Motion denied, with $10 costs.

COUTURIER, Respondent, v. TILYOU, Appellant. (Supreme Court, Appellate Division, First Department. December 20, 1907.) Action by Carter Couturier against George C. Tilyou. O. F. Finnerty, for appellant. L. J. Vorhaus, for respondent. No opinion. Judgment and order reversed, and new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to deduct $200, with interest thereon, from the judgment, in which event, judgment, as so modified, and order, affirmed, without costs to either party. Settle order on notice.

In re CRAGG et al. (Supreme Court, Appellate Division, Second Department. October 25, 1907.) In the matter of Samuel Cragg and others for an order declaring the nonofficial primary election held by the Independence League of the Sixth assembly district, county of Kings, on the 24th day of September, 1907, null and void, etc. PER CURIAM. This order strikes from the official ballot the names of certain candidates for office at the ensuing election. The grounds thereof are certain alleged errors and omissions in the party proceedings preliminary to the nomination of these individuals. We think that the Special Term could not make such order, either in the exercise of any inherent power or by virtue of any statutory authority. Section 11 of the primary law (Laws 1899, p. 995, c. 473), which is cited to us by the respondents, does not authorize such procedure, but is limited to the correction of errors and omissions in the primary proceedings, and does not extend to the correction of the ballots. Moreover, in any event, the court did not obtain jurisdiction of two out of the three candidates directly affected by this order. The order is reversed, without costs, and the proceedings dismissed.

CROWE v. HEERMANCE STORAGE CO. (Supreme Court, Appellate Division, First Department. December 6, 1907.) Action by Margaret Crowe, as administratrix, against the Heermance Storage Company. No opinion. Motion denied, with $10 costs. Order filed.

CURTIN, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Mary J. Curtin against the city of New York. No opinion. Judgment and order unanimously affirmed, with costs.

DALY v. BUTLER. (Supreme Court, Appellate Division, First Department. December 6, 1907.) Action by Hugh Daly, as administrator, against James Butler. No opinion. Motion denied, with $10 costs. Order filed.

DALY et al., Appellants, v. STUMPP & WALTER CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 22, 1907.) Action by Charles J. Daly and another, doing business under the name of the Long Island Sod Company, against the Stumpp & Walter Company. PER CURIAM. Judgment of the Municipal Court affirmed, with costs. HIRSCHBERG, P. J., not voting.

DAVERN v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. December 13, 1907.) Action by Ellen Davern against the city of New York. No opinion. Motion denied, on condition that appellant be ready for January term. Order filed.

DAVIS, Respondent, v. DODGE, Appellant. (Supreme Court, Appellate Division, Second Department. December 5, 1907.) Action by Robert L. Davis against John L. Dodge. No opinion. Motion denied, without costs, provided the appellant perfect his appeal in time to place the case upon the next calendar of this court and